[No. 7551-2-II. Division Three. June 5, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS CORONEL LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. C-2656, Herbert E. Wieland, J., entered January 12, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 5962-6-III. Division Three. June 5, 1986.]

*In the Matter of* EMERY FRANK HARRIS, *Appellant*, v. LARRY KINCHELOE, *as Superintendent of the Washington State Penitentiary*, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 83-2-00031-0, Yancey Reser, J., entered June 24, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[Nos. 6834-0-III; 6835-8-III. Division Three. June 5, 1986.]

LOWELL R. WOOD, *as Personal Representative, Appellant*, v. RUSSELL E. VAN GUNDY, ET AL, *Respondents*.

NORTH PACIFIC INSURANCE CO., *Respondent*, v. LOUISE ROEHL, ET AL, *Respondents*, LOWELL R. WOOD, *as Personal Representative, Appellant*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 84-2-00260-2, 84-2-00750-7, Cameron K. Hopkins, J., entered November 30 and 9, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.